UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WINDER,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>JOHN MCMAHON, et al.,<br><br>　　　　Defendants. | Case No. 5:17-cv-00605-GJS<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Memorandum And Order On Motion For Summary Judgment,

　　IT IS ADJUDGED THAT this case is dismissed with prejudice.

DATE: November 5, 2018　　　　_____
　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE